No. 82–6887.  IN RE HALLSTROM; and

No. 82–6999.  IN RE DEARING.  Petitions for writs of prohibition denied.

No. 82–1579.  HAYFIELD NORTHERN RAILROAD CO., INC., ET AL. *v.* CHICAGO & NORTH WESTERN TRANSPORTATION CO.  Appeal from C. A. 8th Cir.  Probable jurisdiction noted.

No. 82–1913.  GARCIA *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.; and

No. 82–1951.  DONOVAN, SECRETARY OF LABOR *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL.  Appeals from D. C. W. D. Tex.  Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 82–1721.  SEATTLE TIMES CO., DBA THE SEATTLE TIMES, ET AL. *v.* RHINEHART ET AL.  Sup. Ct. Wash.  Certiorari granted.

No. 82–1724.  NEW YORK *v.* UPLINGER ET AL.  Ct. App. N. Y.  Certiorari granted.

No. 82–1766.  SECURITIES INDUSTRY ASSN. ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM ET AL.  C. A. D. C. Cir.  Certiorari granted.

No. 82–1845.  COLORADO *v.* NUNEZ.  Sup. Ct. Colo.  Certiorari granted.

No. 82–1925.  UNITED STATES DEPARTMENT OF STATE ET AL. *v.* WASHINGTON POST CO.  C. A. D. C. Cir.  Certiorari granted.

No. 82–1998.  WATT, SECRETARY OF THE INTERIOR, ET AL. *v.* COMMUNITY FOR CREATIVE NON-VIOLENCE ET AL.  C. A. D. C. Cir.  Certiorari granted.